IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MICHAEL W. KRUSE,<br><br>               Defendant. | 4:16CR3043<br><br>**ORDER** |

      Defendant has filed a motion to suppress evidence obtained through the execution of a search warrant, (Filing No. 28), arguing that the warrant application failed to include facts sufficient to support a finding of probable cause and included inaccurate and misleading information.

      As to this suppression issue, the court must review the warrant applications and warrants before determining if a hearing is needed.   The defendant has not filed these documents.

      Accordingly,

      IT IS ORDERED that on or before September 9, 2016, the defendant shall file the warrant application and warrant at issue on Defendant's motion to suppress, in the absence of which Defendant's suppression issues may be summarily denied without a hearing.

      September 2, 2016.

                                                                                    BY THE COURT:

                                                                                     *s/ Cheryl R. Zwart*<br>
                                                                                     United States Magistrate Judge