IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3043 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL W. KRUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Magistrate Judge Zwart has issued a Findings and Recommendation (Filing 58) that Defendant's motion to suppress (Filing 28) be denied. Defendant has filed an objection (Filing 61) to the Findings and Recommendation. After de novo review, and because Magistrate Judge Zwart has thoroughly and correctly analyzed the facts and the law, I adopt the judge's Findings and Recommendation.

IT IS ORDERED:

1. The Findings and Recommendation (Filing 58) is adopted;

2. Defendant's objection (Filing 61) to Judge Zwart's Findings and Recommendation is denied; and

3. Defendant's motion to suppress (Filing 28) is denied.

DATED this 17th day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge